**FILED**
April 11, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Michael Trujillo____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GUARANTEED RATE INC,<br><br>　　　　　　Defendants. | §§§§§§§§§§§§ Case # EP-22-CV-00047-DB |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE DEFENDANT GUARANTEED RATE INC

COMES NOW Plaintiff Brandon Callier, in his individual capacity, and moves to dismiss Defendant Guaranteed Rate Inc with prejudice. Plaintiff and Defendant Guaranteed Rate Inc have resolved their case.

April 11, 2022                                          Respectfully submitted,

*Brandon Callier*

Brandon Callier
6336 Franklin Trail
El Paso, TX 79912
Callier74@gmail.com

## **CERTIFICATE OF SERVICE**

I certify that on April 11, 2022, the foregoing document was electronically submitted to the clerk of the court for the Western District of Texas, using the electronic case filing system of the Court. I certify that I have served all counsel of record via electronic mail a copy of the foregoing.

April 11, 2022                                          Respectfully submitted,

*Brandon Callier*

Brandon Callier
6336 Franklin Trail
El Paso, TX 79912
Callier74@gmail.com

**RECEIVED**
April 11, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Michael Trujillo__
       DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **BRANDON CALLIER,** § § § | |
| Plaintiff, § § | |
| v. § | Case # EP-22-CV-00047-DB |
| **GUARANTEED RATE INC,** § § § § | |
| Defendants. § § | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Defendant Lending 3, Inc, it is this, _____ day of _____, 2022,

**ORDERED** that Plaintiff's Motion to Dismiss Defendant Lending 3, Inc be and is hereby **GRANTED**;

**SO ORDERED**

_____
**United States District Judge**