UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GUARANTEED RATE INC,<br><br>　　　　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§　　Case# EP-22-CV-00047-DB<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Upon consideration of Plaintiff's Motion to Dismiss Defendant Guaranteed Rate, Inc., it is this, _13th_ day of _April_, 2022,

**ORDERED** that Plaintiffs Motion to Dismiss Defendant Guaranteed Rate, Inc. be and is hereby **GRANTED;**

SIGNED this **13th** day of **April 2022.**

_____
THE HONORABLE DAVID BRIONES
Senior United States District Judge