IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER,<br>　　　Plaintiff, | § § § | |
| v. | § § | EP-22-CV-47-DB |
| GUARANTEED RATE, INC.,<br>　　　Defendant. | § § § | |

### FINAL JUDGMENT

On this day the Court issued an order dismissing with prejudice all claims against Guaranteed Rate, Inc., the sole Defendant in the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that any motions still pending are hereby **MOOTED**.

**SIGNED** this **13th** day of **April 2022.**

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE